# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

**Chambers of**
**Mary Alice Theiler**
United States Magistrate Judge

700 Stewart Street
U.S. Courthouse - Suite 12132
Seattle, WA 98101

August 15, 2006

Diana Zoe Ellis
1601 S Perry ST
Spokane WA 99203

Re:  Diana Zoe Ellis v. R. James Nicholson, et al.; (No: C06-0923-RSM)

Dear Ms. Ellis:

Enclosed is a copy of my Report and Recommendation, proposed order and proposed judgment in the above-captioned case. The originals have been filed electronically with the Clerk. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

Objections to the recommendation should be filed with the Clerk and served upon all parties to this suit within **fifteen (15)** days of the date of this letter. Failure to file objections within the specified time waives the right to appeal any order by the District Court adopting this report and recommendation. In accordance with our local rules, you should note your objections for consideration on the Judge's motion calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on September 1, 2006.

Thank you for your cooperation.

Sincerely,

Mary Alice Theiler
United States Magistrate Judge

enclosures

cc:    Hon. Ricardo S. Martinez