UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DIANA ZOE ELLIS, | ) | CASE NO. C06-0923-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING IN FORMA |
| | ) | PAUPERIS APPLICATION AND |
| R. JAMES NICHOLSON, Secretary, Dept. of Veteran Affairs, et al. | ) | DISMISSING CASE |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* in this matter, plaintiff's response to the Court's order directing that a signed written consent for payment of costs and a complaint be filed, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED and this action is DISMISSED, without prejudice; and,

/ / /

/ / /

ORDER DENYING IN FORMA PAUPERIS
APPLICATION AND DISMISSING CASE
PAGE -1

01     (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

02              respondent, and to Judge Theiler.

03     DATED this 13th day of September, 2006.

                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

ORDER DENYING IN FORMA PAUPERIS
APPLICATION AND DISMISSING CASE
PAGE -2